■ The People of the State of New York, Respondent, v Eric Spivey, Appellant. [930 NYS2d 439]—

The court properly imposed a presumptive override to risk level three, since defendant's commission of robbery in the first degree four years after his release on parole in connection with his sex offense conviction constituted "a recent threat to reoffend by committing a sexual or violent crime" (*see People v Woods*, 45 AD3d 408, 409 [2007], *lv denied* 10 NY3d 704 [2008]). Concur—Andrias, J.P., Friedman, Renwick, Richter and Manzanet-Daniels, JJ.